```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 731-4841
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. CR.S. 05-121 DAD |
| vs. | )<br>) Stipulation & Order |
| Brett Boatright, | )<br>) |
| Defendant. | ) |

Brett Boatright, by and through his counsel, Shari Rusk and the United States Government, by and through Assistant United States Attorney, Jason Hitt hereby agree and stipulate that it is no longer necessary for Mr. Boatright to have mandatory, random drug tests. Mr. Boatright has been drug testing for over a month on pre-trial release. Mr. Boatright's tests have all been clean. Mr. Boatright has no reported history of drug abuse and his pre-trial release has not caused any reason to doubt that. Mr. Boatright is gainfully employed and continued drug testing has made the press of his work duties difficult to manage. Mr. Boatright lives and works in Stockton and has been traveling to Sacramento for his tests. Mr. Boatright has fully complied with all pre-trial release conditions. Pre-trial service officer Jacob Scott is aware of this stipulation and has no objection to it. Therefore, Mr. Boatright respectfully

requests that this Court modify his conditions of pre-trial release, consistent with this stipulation, so that Mr. Boatright is no longer subject to mandatory drug testing.

Dated: June 30, 2005                    Respectfully submitted,

                                        Shari Rusk
                                        _____
                                        /s/Shari Rusk
                                        Attorney for Defendant
                                        Brett Boatright

                                        Jason Hitt
Dated: June 30, 2005                    _____
                                        /s/Jason Hitt
                                        Assistant United States Attorney


Cc:   Jacob Scott
      United States Pre-trial Service Officer


**ORDER**

It is hereby ordered that defendant Brett Boatright need no longer undergo mandatory drug testing while on pre-trial release.

Dated:  July 8, 2005

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/boatright0121.stipord