Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for Mr. George Wetter Neeld

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br> GEORGE WETTER NEELD,                 )<br>                                     )<br>            Defendant.               )<br> _____ ) | CR S-05-121 WBS<br><br>APPLICATION FOR ORDER EXONERATING<br>BAIL AND RETURN OF DEFENDANT'S<br>PASSPORT [PROPOSED ORDER] |

     Defendant, GEORGE WETTER NEELD, by and through his undersigned counsel, applies for an order from this Honorable Court exonerating the bail and releasing his passport to his undersigned attorney of record, Robert M. Holley.  Defendant is making this application on the grounds that his bail was never formally exonerated at the conclusion of the case and that he desires the return of his passport which, pursuant to special condition of release #6 (Clerk's docket entry #9) is in the custody of the Eastern District Court Clerk's Office (receipt #205843

////
////
////

1 filed April 6, 2005).  The defendant is presently in federal custody,
2 completing his prison term in FCI, Safford, AZ.
3
4 **Dated:  March 2, 2010**
5
6         **Respectfully submitted,**
7
        */s/ Robert M. Holley*
8
9         **Robert M. Holley**
        **Counsel for Mr. Neeld**
10
11
12           **ORDER**
13
14   **GOOD CAUSE APPEARING, AND THERE BEING NO OBJECTION BY THE GOVERNMENT, IT IS SO ORDERED.**
15
Dated:  March 4, 2010
16
17 _____
WILLIAM B. SHUBB
18 UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

2